1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )        No. CR-CR-05-0340-PJH
                                        )
12                    Plaintiff,        )        [~~PROPOSED~~] ORDER
                                        )
13   vs.                                )
                                        )
14   LAVELL HOWARD,                     )
                                        )
15                    Defendant.        )
     _____)

16

17          On the motion of the defendant Lavell Howard pursuant to rule 17(b) and (c) of the

18   Federal Rules of Criminal Procedure, and good cause appearing therefore,

19          IT IS HEREBY ORDERED that the following subpoena issue for the specified San

20   Francisco Police Department personnel records, and that the fees and expenses associated with

21   production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

22          IT IS FURTHER ORDERED that the subpoena command the production of the materials

23   to the Honorable Phyllis J. Hamilton for *in camera* review on or before 8-31-05.

24   / / /

25   / / /

26   / / /

ORDER

1    ~~IT IS FURTHER ORDERED that this application and order be filed under seal.~~NH

2    DATED: 8/16/05

3

4    _____

5    PHYLLIS J. HAMILTON
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER