BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0340 PJH |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | |
| LAVELL HOWARD, ) | |
| Defendant. ) | |

    Having pled guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), defendant Lavell Howard is to appear before this Court for a continuation of his sentencing hearing on January 11, 2006. When Mr. Howard last appeared, defense counsel informed the Court that Mr. Howard wished to provide information to the government pertinent to his case that could affect the government's sentencing recommendation and, in turn, his sentence.

    Efforts to accomplish this objective were hindered by the holidays. The government's representative was unavailable at the end of December, and undersigned counsel was unavailable the first week of January. The parties have made tentative arrangements to meet this Wednesday, January 11.

CR 05-0340 PJH; STIP TO CONTINUE
SENTENCING                                1

Mr. Howard remains in custody. The Speedy Trial Act does not apply because Mr. Howard has entered a plea of guilty. The parties jointly request an additional two weeks to prepare meaningfully for the final sentencing hearing.

Accordingly, the parties agree and stipulate that the sentencing hearing presently scheduled for January 11, 2006 shall be continued to January 25, 2006 at 1:30 PM. The probation officer has been informed of the requested extension and has raised no objection.

IT IS SO STIPULATED.

Dated: 1/9/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated:

KEVIN V. RYAN
United States Attorney
SUSAN JERICH
Assistant United States Attorney

**ORDER**

For the reasons stated and for good cause shown, it is hereby ORDERED that the sentencing hearing presently scheduled for January 11, 2006 shall be continued to January 25, 2006 at 1:30 PM.

IT IS SO ORDERED.

Dated: 1/10/06

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE